IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1252-PSF-BNB

JOSEPH D. JOHNSON, JR.,

Petitioner,

v.

STATE OF COLORADO, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

Respondents.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Dismiss for Lack of Jurisdiction** (the "Motion"), filed on August 3, 2005.

IT IS ORDERED that the petitioner shall respond to the Motion on or before **September 2, 2005**. Respondents have fifteen (15) days after the filing of the response to file a reply.

DATED: August 8, 2005