IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01252-PSF-BNB

JOSEPH D. JOHNSON, JR.,

Petitioner,

v.

STATE OF COLORADO, COUNTY OF DENVER, and
JOHN SUTHERS, the Attorney General of the State of Colorado

Respondents.
_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter is before me on the respondents' **Motion to Dismiss for Lack of Jurisdiction**, filed August 3, 2005. Respondent John Suthers seeks dismissal of the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (the "Application") because the Application does not name as a respondent the petitioner's custodian. By separate order, the petitioner has been permitted to file an amended application which substitutes Joe Ortiz as a respondent in place of the State of Colorado, County of Denver.

I respectfully RECOMMEND that the Motion be DENIED AS MOOT.

Dated August 23, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge