IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01252-PSF-BNB

JOSEPH D. JOHNSON, JR.,

Petitioner,

v.

STATE OF COLORADO, COUNTY OF DENVER, and
JOHN SUTHERS, the Attorney General of the State of Colorado

Respondents.

---

## ORDER

---

This matter is before me on the petitioner's **Motion for Leave to Amend Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** (the "Motion"), filed August 15, 2005. The petitioner seeks to file an amended application which names Joe Ortiz as a respondent instead of the "State of Colorado, County of Denver."

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall accept for filing the proposed amended application.

Dated August 23, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge