IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01252-PSF-BNB

JOSEPH D. JOHNSON, JR.,

    Applicant,

v.

JOE ORTIZ, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

_____

**ORDER ACCEPTING AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge (Dkt. # 26), filed August 23, 2005, in which the Magistrate Judge recommends that this Court deny Respondents' Motion to Dismiss for Lack of Jurisdiction as moot.

The Court's review of the Magistrate Judge's Recommendation is governed by 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b). As no party has objected to the Recommendation, the Court has reviewed the Recommendation to determine if it constitutes clear error, and determines it does not. Petitioner's submission of an amended application that substitutes Joe Ortiz as a respondent in place of the State of Colorado, County of Denver renders respondents' motion to dismiss moot.

Accordingly, it is

ORDERED as follows:

    1.    The Court ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (Dkt. # 26), filed August 23, 2005; and

2. The Court DENIES Respondents' Motion to Dismiss for Lack of Jurisdiction (Dkt. # 16), filed August 3, 2005, as moot.

DATED: September 14, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge