IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01252-PSF-BNB

JOSEPH D. JOHNSON, JR.,

      Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

---

## ORDER TO CURE DEFICIENCY

---

Figa, Judge

      Applicant submitted a Motion for Leave to Proceed on Appeal Under 28 U.S.C. § 1915 on

December 16, 2005 and January 3, 2006. The court has determined that the documents are deficient

as described in this order. Applicant will be directed to cure the following if he wishes to pursue this

appeal.

**(A)**    **Filing Fee**
    __    is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28
    U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
        __    is not submitted
        __    is missing affidavit
        X    is missing required financial information (is missing <u>certified copy</u> of prisoner's
            trust fund statement)
        __    is missing an original signature by the prisoner
        __    is not on proper form (must use the court's current form)
        __    other_____

Accordingly, it is

ORDERED that applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to applicant, together with a copy of this order, an original and one copy of the following forms:   Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 4th day of January, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO